IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARVIN BROWN,

       Applicant,

vs.                                                                                     No. CIV 08-0176 JB/RHS

MIKE A. HEREDIA,

       Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS, GRANTING MOTION TO DISMISS AND TRANSFERRING THIS PROCEEDING

**THIS MATTER** comes before the Court o: the Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2244 as a Second or Successive Petition, or in the Alternative, Transfer Petition to the Tenth Circuit, filed June 25, 2008 (Doc. 18)("Motion to Dismiss"); and (ii) the proposed Findings and Recommended Disposition of the United States Magistrate Judge, filed January 22, 2009 (Doc. 21). No objections have been filed regarding the Magistrate Judge's Proposed Findings and Recommended Disposition.

Having considered the parties' submittals and the Proposed Findings and Recommended Disposition, the Court concludes that the Magistrate Court Judge's proposed findings will be adopted, the Respondent's Motion to Dismiss will be granted, and the case will be transferred as a second or successive application.

**IT IS ORDERED** that: (i) the United State's Magistrate Judge's Proposed Findings and Recommended Disposition are adopted; (ii) that the Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2244 as a Second or Successive Petition, or in the Alternative, Transfer Petition to the Tenth Circuit is granted; that (iii) the Clerk of Court shall

transfer this civil proceeding to the United States Court of Appeals for the Tenth Circuit for

consideration as a second or successive § 2254 application pursuant to 28 U.S.C. § 1631; and (iv)

that any pending motions are denied as moot.


_____
UNITED STATES DISTRICT JUDGE


Parties and counsel:

Marvin Brown
Las Cruces, New Mexico

     *Plaintiff pro se*

Mark J. Lovato
  Assistant Attorney General
New Mexico Attorney General's Office
Albuquerque, New Mexico

     *Attorneys for the Defendant*